## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MCR OIL TOOLS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:17-cv-3510 |
| SPEX OFFSHORE, LTD. (a/k/a | § | |
| SPEX OFFSHORE (UK) LTD.), | § | |
| SPEX GROUP US LLC and | § | |
| SPEX ENGINEERING (UK) LTD., | § | |
| | § | |
| *Defendants.* | | |

### DEFENDANTS NOTICE OF REMOVAL

Defendants SPEX OFFSHORE, LTD. (a/k/a SPEX OFFSHORE (UK) LTD.), SPEX GROUP US LLC and SPEX ENGINEERING (UK) LTD., (collectively, the "Defendants") hereby remove this action from the 95th Judicial District Court, Dallas County, Texas to this Court pursuant to and in accordance with 28 U.S.C. §§ 1331, 1338. As grounds for this removal, Defendants state as follows:

### FACTS

1.      Plaintiff MCR Oil Tools, LLC ("MCR") brought a lawsuit in Texas state court alleging that, among other things, Defendants have wrongfully used Plaintiff's MCR's Licensed Patents to obtain numerous patents in SPEX's own name. *See* Petition attached hereto as Exhibit "A".

2.      The Petition alleges that SPEX Patents are derived from MCR's Licensed Patents. *Id.* at ¶23. The Petition further alleges that the SPEX Patents are considered Improvements on MCR's Licensed Patents. *Id.* at ¶24.   The Petition alleges that the objective of SPEX's conspiracy was to modify, improve, and develop competing tools and technology, by acquiring

and using MCR's Licensed Patents. *Id.* at ¶64. Finally, MCR seeks to enjoin all activities concerning and all use of MCR's Licensed Patents. *Id.* at ¶71a.

## FEDERAL QUESTION JURISDICTION

3.      This case concerns a federal question involving patents. The district court has original jurisdiction of any civil action arising under any Act of Congress relating to patents. 28 U.S.C. § 1338. No State court shall have jurisdiction over any claim for relief arising under any Act of Congress relating to patents. *Id.* Thus, this Court has original federal-question jurisdiction under Sections 1331 and 1338.

4.      No previous removal of this case has been attempted or effected.

## PAPERS FROM REMOVED ACTION

5.      As required by 28 U.S.C. § 1446(a), Defendants have attached a copy of the Petition, currently on file with the 95th Judicial District Court, Dallas County, Texas, Cause No. DC-17-17592. *See* Exhibit A. No other process or orders have been served upon Defendants in this action. No further proceedings have occurred in the state court action.

## NOTICE OF FILING NOTICE OF REMOVAL

6.      In accordance with 28 U.S.C. § 1446(d), and to effect removal, Defendants will file a true and correct copy of this Notice of Removal with the Clerk of the 95th Judicial District Court, Dallas County, Texas, Cause No. DC-17-17592.

## CONCLUSION

**WHEREFORE**, Defendants SPEX OFFSHORE, LTD. (a/k/a SPEX OFFSHORE (UK) LTD.), SPEX GROUP US LLC and SPEX ENGINEERING (UK) LTD., respectfully remove this action from the 95th Judicial District Court, Dallas County, Texas, Cause No. DC-17-17592, to the United States District Court for the Northern District of Texas.

Respectfully submitted,

*/s/ Craig D. Dillard*
Craig D. Dillard (#29150)
Federal ID No. 37591
Steven C. Lockhart
State Bar No. 24036981
GARDERE WYNNE SEWELL LLP
2000 Wells Fargo Plaza
1000 Louisiana Street
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
cdillard@gardere.com
slockhart@gardere.com

OF COUNSEL:

GARDERE WYNNE SEWELL, LLP
2000 Wells Fargo Plaza
1000 Louisiana Street
Houston, Texas 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned Counsel hereby certifies that he notified Plaintiff via facsimile and electronic mail on this the 28th day of December, 2017.

Blake L. Beckham
Blake@beckham-group.com
Jose M. Portela
Jose@beckham-group.com
The Beckham Group P.C.
3400 Carlisle, Suite 550
Dallas, TX 75204
214-965-9301 (fax)

Frank Hill
fhill@hillgilstrap.com
Frank Gilstrap
fgilstrap@hillgilstrap.com
Hill Gilstrap, PC
1400 W. Abram
Arlington, TX 76013
817-861-4685 (fax)

_____/s/ Craig D. Dillard_____
Craig D. Dillard