Direct:  713-276-5706
Direct Fax:  713-276-6706
tmiller@gardere.com

February 16, 2018

*VIA ECF*

The Honorable Rebecca Rutherford
U.S. Magistrate Judge
Northern District of Texas
1100 Commerce Street, Room 1312
Dallas, Texas  75242

      Re:    *MCR Oil Tools, LLC v. SPEX Offshore, Ltd. et al.*,
             Civil Action No. 3:17-CV-3510-M, in the U.S. District Court
             for the Northern District of Texas, Dallas Division

To The Honorable Rebecca Rutherford:

In connection with the Court's February 5, 2018 order (ECF Dkt. 29) requiring the parties to advise the Court in writing of the District Court's decision on the threshold jurisdictional issues, Defendant SPEX Group US LLC respectfully advises the Court as follows:

    On Tuesday, February 13, 2018, the District Court held a hearing on Plaintiff MCR Oil Tools, LLC's motion to remand (ECF Dkt. 10).  At the conclusion of said hearing, the District Court indicated that the above-referenced action would be remanded and that a written order would be forthcoming.  On February 16, 2018, the District Court signed and entered its written order (ECF Dkt. 35).

Sincerely,

*s/ Terrell R. Miller*

Terrell R. Miller

*CC via ECF*:   Counsel for Plaintiff MCR Oil Tools, LLC